UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 13 B 24176
                                                CHAPTER 13
Daniel C Reese
Christine M Reese                               JUDGE JACK B SCHMETTERER

          DEBTORS                               **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK NATIONAL

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 8 | 47 | XXXXXX1068 | $37,589.98 | $37,589.98 | $37,589.98 |
| Total Amount Paid by Trustee | | | | | $37,589.98 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-24176-JBS

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 17th day of September, 2018.

Debtor:
Daniel C Reese
2008 S 14th Ave
Broadview, IL  60155

Debtor:
Christine M Reese
Broadview, IL  60155

Attorney:
LEDFORD & WU
105 W MADISON 23RD FL
CHICAGO, IL  60602
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
NATIONAL
3415 VISION DR
OH4-7142
COLUMBUS, OH  43219

Mortgage Creditor:
JPMC Specialty Mortgage, LLC
c/o Fisher and Shapiro
2121 Waukegan Rd., Ste 301
Bannockburn, IL  60015

Creditor:
CHASE
PO BOX 24696 OH4-7302
COLUMBUS, OH  43224

Mortgage Creditor:
HEAVNER BEYERS & MIHLAR LLC
111 EAST MAIN ST
DECATUR, IL  62525

ELECTRONIC SERVICE - United States Trustee

Date:  September 17, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603